**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00155-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANE REEVES,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

### COUNT 1

On or about January 11, 2019, in the State and District of Colorado, the defendant, SHANE REEVES, having been previously convicted of a crime of violence, did knowingly purchase, own, and possess body armor in and affecting interstate commerce, to wit, Scorpion Tactical plates.

All in violation of Title 18, United States Code, Section 931.

### COUNT 2

On or about January 11, 2019, in the State and District of Colorado, the defendant, SHANE REEVES, having been previously convicted of a crime of violence, did knowingly purchase, own, and possess body armor in and affecting interstate commerce, to wit, C.A.T.I. Armor plates.

All in violation of Title 18, United States Code, Section 931.

## **COUNT 3**

On or about January 11, 2019, in the State and District of Colorado, the defendant, SHANE REEVES, having been previously convicted of a crime of violence, did knowingly purchase, own, and possess body armor in and affecting interstate commerce, to wit, a ballistic helmet.

All in violation of Title 18, United States Code, Section 931.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>  /s  Andrea Surratt   </u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government