| | |
|---|---|
| DEFENDANT: | Shane Reeves |
| AGE/YOB: | 1973 |
| COMPLAINT FILED? | _____ Yes   ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _x_ No |
| | If No, a new warrant is required |
| OFFENSE(S): | Counts One-Three: 18 U.S.C. § 931 (unlawful possession of body armor) |
| LOCATION OF OFFENSE: | Boulder County, Colorado |
| PENALTY: | Counts One-Three: NMT 3 years' imprisonment; NMT $250,000 fine; NMT 1 year SR; $100 SA |
| AGENT: | Matt Dahl<br>Special Agent, FBI |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less;  ___ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.